UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,

    Plaintiff,

                                          CASE NO: 2:21-CV-00450-KOB

vs.

WARRIOR ANTIQUE FLEA MALL, LLC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff in the above-styled cause and reports to this honorable Court that the parties have reached a settlement in this matter and anticipate filing a joint stipulation of dismissal with prejudice in the coming days.

Dated this 16th day of June, 2021.

                                      /s/ Edward I. Zwilling
                                      Edward I. Zwilling
                                      ASB-1564-L54E
                                      Law Office of Edward I. Zwilling, LLC
                                      4000 Eagle Point Corporate Dr.
                                      Birmingham, Alabama, 35242
                                      Telephone: (205) 822-2701
                                      Email: edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

Leslie A. Palmer, Esq.

Palmer Law, LLC
104 23rd Street, Suite #100
Birmingham, AL 35233
Telephone: (205) 285-3050
Email: leslie@palmerlegalservices.com

                                          /s/ Edward I. Zwilling
                                          OF COUNSEL