# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA FENDLEY,** | } | |
| Plaintiff, | } } } | |
| v. | } } | 2:21-cv-450-KOB |
| **WARRIOR ANTIQUE FLEA MALL, LLC,** | } } } | |
| Defendant. | | |

## FINAL ORDER OF DISMISSAL

The court, having received the parties "Joint Stipulation of Dismissal" (doc. 8), DISMISSES this case WITH PREJUDICE.  The court specifically RETAINS JURISDICTION to enforce the settlement agreement entered into between the parties.  Parties shall bear their own costs.

**DONE** and **ORDERED** this 15th day of July, 2021.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE